# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELAY IP, INC.<br><br>        Plaintiff,<br><br>v.<br><br>SAVVIS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 13-780-GMS |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Relay IP, Inc. ("Plaintiff") and Defendant Savvis, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this 2nd day of July, 2014.

The Honorable Gregory M. Sleet
Chief United States District Judge